No. 72–5386. VINES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5407. KEPHART *v.* UNITED STATES; and
No. 72–5459. ROTH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 466 F. 2d 1111.

No. 72–5458. GRIFFITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–1699. GODWIN *v.* DIES, SECRETARY OF STATE OF TEXAS. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–171. STEWARD *v.* VIRGINIA. Sup. Ct. Va. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–426. COREY *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL. C. A. D. C. Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–463. SILVER *v.* CASTLE MEMORIAL HOSPITAL ET AL. Sup. Ct. Hawaii. Motion to dispense with printing petition granted. Certiorari denied. 

No. 72–464. ALFAR DAIRY, INC. *v.* PALM BEACH COUNTY BOARD OF PUBLIC INSTRUCTION. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. 

No. 72–475. AUSTIN *v.* UNITED STATES;
No. 72–5451. SAVIDGE *v.* UNITED STATES; and
No. 72–5476. BEEMAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari. Reported below: 462 F. 2d 724.